# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**WILLIE BENJAMIN MYRICK, JR.**                     **PETITIONER**

vs.                                    **CIVIL ACTION No.: 3:15-CV-31-HTW-LRA**

**WARDEN B. E. BLACKMON**                      **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 11]**. In her Report and Recommendation, filed on September 6, 2017, Magistrate Judge Anderson recommended that the petitioner's Petition for Writ of Habeas Corpus **[Docket no. 1]** be DENIED and then directed the *pro se* prisoner petitioner to file any objections within fourteen (14) days. The petitioner has failed to do so.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 11]**, this court finds it well-taken. Therefore, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the order of this court.

Further, this order hereby **DISMISSES** this lawsuit **WITH PREJUDICE**. The parties are to bear their own costs.

A final order adverse to the petitioner having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2241, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2241 Cases in the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

**SO ORDERED AND ADJUDGED this the 28th day of October, 2017.**

**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**

**Order Adopting Report and Recommendation**
*Myrick v. Blackmon*
3:15-cv-31-HTW-LRA